AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

KENNETH PESNELL

V.

VIACOM INTERNATIONAL, INC. and
SPHERION, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

VIACOM INTERNATIONAL, INC
1515 Broadway
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Locksley O. Wade, Esq.
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 220-3610
(212) 253-4142 Fax
lwade@lwade-law.com
Attorney for Plaintiff

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

OCT 25 2007

J. MICHAEL McMAHON

CLERK

_____                              DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10 |
| NAME OF SERVER (PRINT) WAYNE B. KING | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1515 BROADWAY NY-NY. 10036
MADELINE LANZOT    VIACOM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MADELINE LANZOT

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-29-07
Date    Signature of Server

247 LEFFERTS AVE
Address of Server

Sworn to before me
this 4 day of November, 2007

_____
Notary Public

**VICTOR PEREZ**
Notary Public, State of New York
No. 01PE6026039
Qualified in Kings County
Commission Expires June 7, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.