AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

KENNETH PESNELL

V.

VIACOM INTERNATIONAL, INC. and
SPHERION, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 9523

TO: (Name and address of Defendant)

SPHERION, INC.
1400 Old Country Road, Suite 411
Westbury, NY 115530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Locksley O. Wade, Esq.
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 220-3610
(212) 253-4142 Fax
lwade@lwade-law.com
Attorney for Plaintiff

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE      OCT 23 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 11/15/07 |
| NAME OF SERVER (PRINT) Victor Perez | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Spherion, Inc. - Kate Szewczyk 1400 Old Country Road, Suite 411 Westbury, NY 11590

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/15/07
   Date

Signature of Server: Victor P.

Address of Server: 8014 19th Ave, 2DR Brooklyn, NY 11214

State - New York
County - Nassau

Subscribed and sworn to before me Came VICTOR PEREZ this 15th day of November, 2007.

Notary Public

PARVEEN HASAN
Notary Public, State of New York
No. 01HA6159571
Qualified in Nassau County
Commission Expires January 22, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.