UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH PESNELL,

                              Plaintiff,

          - against -                                          Docket No. 07 CIV 9523 (RMB)


VIACOM INTERNATIONAL, INC. and                      **STATEMENT PURSUANT TO**
SPHERION, INC.                                       **FEDERAL RULE OF CIVIL**
                                                           **PROCEDURE 7.1**

                              Defendants.


        Defendant, Viacom International Inc., by its attorneys, Kauff McClain & McGuire
LLP, certifies that its parent, Viacom Inc., is a publicly-traded entity.

Dated: New York, New York
        November 19, 2007

                                        Respectfully submitted,

                                        Michele A. Coyne (MC 1795)

                                        KAUFF McCLAIN & McGUIRE LLP
                                        950 Third Avenue
                                        Fourteenth Floor
                                        New York, New York 10022
                                        Telephone: (212) 644-1010

                                        Attorneys for Defendant
                                        Viacom International Inc.

4847-4810-2402.1