UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH PESNELL,

                        Plaintiff,

- against -

VIACOM INTERNATIONAL, INC. and
SPHERION, INC.

                      Defendants.

Docket No. 07 CIV 9523 (RMB)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, a copy of the foregoing Answer was filed electronically and served by mail on:

Dominick J. Bratti
Fox Rothschild LLP
75 Eisenhower Parkway, Suite 201
Roseland, NJ 07068

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: New York, New York
November 19, 2007

KAUFF McCLAIN & McGUIRE LLP

By: _____
Michele A. Coyne (MC 1795)
950 Third Avenue, 14th Floor
New York, New York 10022
(212) 644-1010
(212) 644-1936
coyne@kmm.com
Attorneys for Defendant
Viacom International Inc.

4817-1444-2754.1