UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>    Plaintiff,<br><br>  -against-<br><br>VIACOM INTERNATIONAL, INC. and SPHERION INC.,<br><br>    Defendant. | Case No: 07-CIV-9523 (RMB)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

  PLEASE TAKE NOTICE that Fox Rothschild LLP hereby appears in the above-captioned action as counsel for Defendant Spherion Atlantic Enterprises LLC, and requests that copies of all notices sent in this case, and all papers filed in this case, be served upon the undersigned as follows:

Donia Sawwan, Esq. (DS 9338)
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

      FOX ROTHSCHILD LLP
      Attorneys for Defendant
      Spherion Corporation

      By: *[signature]*
      DONIA SAWWAN (DS 9338)
      100 Park Avenue, Suite 1500
      New York, New York 10017
      Telephone: (212) 878-7900
      Facsimile: (212) 692-0940

Dated: November 29, 2007
   New York, New York

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, the foregoing Notice of Appearance was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Locksley O'Sullivan Wade
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
Email: lwade@lwade-law.com
Attorney for Plaintiff

Michele Ann Coyne
Kauff McClain & McGuire LLP
950 Third Avenue, 14th Floor
New York, NY 10022
Email: coyne@kmm.com
Attorney for Defendant Viacom International, Inc.

                                                      _____
                                                        Donia Sawwan

Dated: November 29, 2007