UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL, | Case No: 07-CIV-9523 (RMB) |
| Plaintiff, | **DEFENDANT SPHERION ATLANTIC ENTERPRISES LLC's RULE 7.1 DISCLOSURE STATEMENT** |
| -against- | |
| VIACOM INTERNATIONAL, INC. and SPHERION INC., | |
| Defendant. | ECF CASE |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Spherion Atlantic Enterprises LLC discloses that no publicly held corporation holds any of its stock.

> FOX ROTHSCHILD LLP
> Attorneys for Defendant
> Spherion Corporation
>
> By: _/s/ Donia Sawwan_
> DONIA SAWWAN (DS 9338)
> 100 Park Avenue, Suite 1500
> New York, New York 10017
> Telephone: (212) 878-7900
> Facsimile: (212) 692-0940

Dated: November 29, 2007
New York, New York

NY1 74018v1 11/29/07

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, the foregoing Rule 7.1 Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Locksley O'Sullivan Wade
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
Email: lwade@lwade-law.com
Attorney for Plaintiff

Michele Ann Coyne
Kauff McClain & McGuire LLP
950 Third Avenue, 14th Floor
New York, NY 10022
Email: coyne@kmm.com
Attorney for Defendant Viacom International, Inc.

_____
Donia Sawwan

Dated: November 29, 2007