UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>Plaintiff,<br><br>-against-<br><br>VIACOM INTERNATIONAL, INC. and SPHERION, INC.,<br><br>Defendants.<br><br>―――――――――――<br><br>VIACOM INTERNATIONAL, INC.,<br><br>Third-Party Plaintiff,<br><br>-against-<br><br>EN POINTE TECHNOLOGIES SALES, INC.,<br><br>Third-Party Defendant. | Docket No. 07 Civ. 9523 (RMB)<br><br>**RULE 7.1 CERTIFICATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Third-Party Defendant En Pointe Technologies Sales, Inc. certifies that it is a wholly owned subsidiary of En Pointe Technologies, Inc., itself a publically traded corporation.

Dated: Brooklyn, New York
January 3, 2008

FEINZEIG & JASKIEL

_____
Solomon J. Jaskiel (SJJ-0671)
1386 Coney Island Avenue
Brooklyn, NY 11230
(718) 377-7800
Attorney for En Pointe Technologies Sales, Inc.