**MEMO ENDORSED**

Law Office of
**Locksley O. Wade, LLC**

Telephone: (212) 933-9180  
Facsimile: (212) 253-4142  
E-mail: lwade@lwade-law.com  
http://lwade-law.com

Locksley O. Wade, Esq.  
15 West 39th Street  
3rd Floor  
New York, NY 10018

January 3, 2008

> USDC SDNY  
> DOCUMENT  
> ELECTRONICALLY FILED  
> DOC #: _____  
> DATE FILED: 1/4/08

Hon. Richard M. Berman  
United States Courthouse  
500 Pearl Street, Courtroom 14A  
New York, NY 10007

*Via Fax No. (212) 805-6717*

Re: Pesnell v. Viacom International et al,  
**Case No. 07-CV-9523 (RMB)**

Dear Judge Berman:

Because of competing calenders, the parities are unavailable on the dates proposed by the Court for our Initial Case Management Conference. Therefore, as suggested by the Court's Chambers, a further postponement until the week of January 28th or a later time at the Court's convenience appears to be the best course of action.

Respectfully submitted,

*[signature]*

Locksley O. Wade, Esq.

c.c.  Roy P. Salins  
salins@kmm.com  
*Counsel for Viacom*

Donia Sawwan, Esq.  
dsawwan@foxrothschild.com  
Counsel for Spherion

Solomon Jacskile, Esq.  
sojas@gmail.com  
*Counsel for En Point Technologies*  
*(Appearance pending)*

> CONFERENCE ADJOURNED UNTIL
> 1/28/08 AT 9:15 A.M.
>
> SO ORDERED:  
> Date: 1/4/08    *Richard M. Berman*  
> Richard M. Berman, U.S.D.J.



RECEIVED JAN 04 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.