```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 Jan. 08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH PESNELL,

                Plaintiff,

-against-

VIACOM INTERNATIONAL, INC.
and SPHERION INC.,

                Defendants.

Case No: 07-CIV-9523 (RMB)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the Motion of Donia Sawwan, Esq. attorney for Defendant Spherion Atlantic Enterprises LLC (incorrectly plead as "Spherion Inc." and hereinafter referred to as "Spherion"), and said sponsor's attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dominick Bratti |
| Firm Name: | Fox Rothschild LLP |
| Address: | 100 Park Avenue, Suite 1500 |
| City/State/Zip: | New York, NY 10017 |
| Phone Number: | (212) 878-7900 |
| Fax Number: | (212) 692-0940 |
| Email Address: | dbratti@foxrothschild.com |

is admitted to practice *pro hac* vice as counsel for Defendant Spherion, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: January 18, 2008
           New York, New York



United States District ~~Magistrate~~ Judge