UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>                    Plaintiff,<br><br>    -against-<br><br>VIACOM INTERNATIONAL, INC.<br>and SPHERION INC.,<br><br>                    Defendants. | Case No: 07-CIV-9523 (RMB)<br><br>**MOTION TO ADMIT<br>COUNSEL DOMINIC BRATTI, ESQ.**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United District Courts for the Southern and Eastern Districts of New York, I, Donia Sawwan, a member in good standing of the bar of this Court, hereby move for an Order allowing admission *pro hac vice* of:

    Applicant's Name:    Dominick Bratti
    Firm Name:    Fox Rothschild LLP
    Address:    100 Park Avenue, Suite 1500
    City/State/Zip:    New York, NY 10017
    Phone Number:    (212) 878-7900
    Fax Number:    (212) 692-0940

DOMINICK BRATTI is a member in good standing of the Bar of the State of New Jersey.

There are no pending disciplinary proceedings against Dominick Bratti in any State or Federal court.

DATED:  January 10, 2008
            New York, New York

                                          Respectfully submitted,

                                          */s/ Donia Sawwan*
                                          Donia Sawwan (DS-9338)
                                          Fox Rothschild LLP
                                          100 Park Avenue, Suite 1500
                                          New York, NY 10017
                                          Phone Number:  (212) 878-7900
                                          Fax Number:    (212) 692-0940

NY1 98988v1 01/10/08

## CERTIFICATE OF SERVICE

I am over the age of eighteen and not a party to this action. I hereby certify that on this date I caused a true copy of the foregoing:

**MOTION TO ADMIT COUNSEL DOMINIC BRATTI, ESQ. *PRO HAC VICE***

to be served upon all parties of record listed below, via regular mail:

Locksley O'Sullivan Wade
*Attorneys for Plaintiff*
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
212-933-9180

Roy P. Salins
Michele Anne Coyne
Kauff McClain & McGuire, LLP
*Attorneys for Defendant Viacom International, Inc.*
950 Third Avenue, 14th Floor
New York, NY 10022
212-644-1010

Solomon J. Jaskiel
*Attorney for Third-Party Defendant Pointe Technologies Sales, Inc.*
275 Madison Avenue, 11th Floor
New York, NY 10016
212.370.5900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2008

_____
Annette Riley

NY1 98988v1 01/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>                    Plaintiff,<br><br>-against-<br><br>VIACOM INTERNATIONAL, INC.<br>and SPHERION INC.,<br><br>                    Defendants. | Case No: 07-CIV-9523 (RMB)<br><br>**AFFIDAVIT OF DONIA SAWWAN, ESQ.<br>IN SUPPORT OF MOTION TO ADMIT<br>COUNSEL DOMINIC BRATTI, ESQ,<br>*PRO HAC VICE*** |

      DONIA SAWWAN, being duly sworn, hereby deposes and says as follows:

      1.      I am an Associate at the law firm of Fox Rothschild LLP, counsel for Defendant Spherion Atlantic Enterprises LLC (incorrectly plead as "Spherion Inc." and hereinafter referred to as "Spherion") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Spherion's motion to admit Dominick Bratti as counsel *pro hac vice* to represent Defendant Spherion in this matter.

      2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.      I have known Dominick Bratti since 1999.

      4.      Dominick Bratti is a Principal at Fox Rothschild LLP.

      5.      I have found Dominick Bratti to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      6.      Accordingly, I am pleased to move the admission of Dominick Bratti, *pro hac vice*.

      7.      I respectfully submit a proposed Order granting the admission of Dominick Bratti, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Dominick Bratti, *pro hac vice*, to represent Defendant Spherion in the above-captioned matter, be granted.

DATED:  January 10, 2008
        New York, New York

                                                       Respectfully submitted,

                                                       Donia Sawwan (DS-9338)

Sworn to before me this
10th day of January, 2008

NOTARY PUBLIC

EVELYN SALTER
Notary Public, State of New York
No. 60-5000489
Qualified in Westchester County
Commission Expires August 17, 20__

NY1 99008v1 01/10/08

## CERTIFICATE OF SERVICE

I am over the age of eighteen and not a party to this action. I hereby certify that on this date I caused a true copy of Defendant Spherion's foregoing:

**AFFIDAVIT OF DONIA SAWWAN, ESQ IN SUPPORT OF MOTION TO ADMIT COUNSEL DOMINIC BRATTI, ESQ.** *PRO HAC VICE*

to be served upon all parties of record listed below, via regular mail:

Locksley O'Sullivan Wade
*Attorneys for Plaintiff*
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
212-933-9180

Roy P. Salins
Michele Anne Coyne
Kauff McClain & McGuire, LLP
*Attorneys for Defendant Viacom International, Inc.*
950 Third Avenue, 14th Floor
New York, NY 10022
212-644-1010

Solomon J. Jaskiel
*Attorney for Third-Party Defendant Pointe Technologies Sales, Inc.*
275 Madison Avenue, 11th Floor
New York, NY 10016
212.370.5900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2008

_____
Annette Riley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>           Plaintiff,<br><br>-against-<br><br>VIACOM INTERNATIONAL, INC.<br> and SPHERION INC.,<br><br>           Defendants. | Case No: 07-CIV-9523 (RMB)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the Motion of Donia Sawwan, Esq. attorney for Defendant Spherion Atlantic Enterprises LLC (incorrectly plead as "Spherion Inc." and hereinafter referred to as "Spherion"), and said sponsor's attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

  Applicant's Name:   Dominick Bratti
  Firm Name:          Fox Rothschild LLP
  Address:            100 Park Avenue, Suite 1500
  City/State/Zip:     New York, NY 10017
  Phone Number:       (212) 878-7900
  Fax Number:         (212) 692-0940
  Email Address:      dbratti@foxrothschild.com

is admitted to practice *pro hac* vice as counsel for Defendant Spherion, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED:   January 10, 2008
         New York, New York

_____
United States District/Magistrate Judge

# Certificate of Good Standing



## United States of America

## District of New Jersey

    I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Dominick Bratti*

was duly admitted to practice in said Court as of December 18, 1987, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: December 17, 2007

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.*

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Dominick Bratti*

was duly admitted to practice in said Court as of December 18, 1987, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: December 17, 2007

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.*

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Dominick Bratti*

was duly admitted to practice in said Court as of December 18, 1987, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: December 17, 2007

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.