UNITED STATES DISSTICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH PESNELL,

          Plaintiff,
-v-

VIACOM INTERNATIONAL, INC. and
SPHERION, INC.

          Defendants.

Case No: 07-CV-9523 (RMB)

Case Management Plan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-08

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by   Feb. 29, 2008.

(ii)    Amend the pleadings by June 30, 2008.

(iii)   All discovery to be expeditiously completed by ~~Aug. 29, 2008~~ *May 28, 2008 (Fact + Expert)*

(iv)   Consent to Proceed before Magistrate Judge: No.

(v)    Status of settlement discussions ~~Mar. 20, 2008~~ *May 29, 08 with principals @ 9:00 A.M.*

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions: ~~Sum. Jud. or Jud. on the Pleadings due Oct. 10, 2008. Response due Nov. 7, 2008, Reply due Nov. 21, 2008.~~ *See Court's Rules re: Motions*

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

SO ORDERED:   New York, New York
                          1/28/18

*RMB*
Hon. Richard M. Berman, U.S.D.J.