UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>    Plaintiff,<br>-v-<br><br>VIACOM INTERNATIONAL, INC. and SPHERION, INC.<br><br>    Defendants,<br>-v-<br><br>EN POINTE TECHNOLOGIES SALES, INC,<br><br>    Third-party Defendant. | ECF CASE<br><br>Case No: 07-CV-9523 (RMB)<br><br><br>NOTICE OF CHANGE OF ADDRESS |

TO: **Attorney Admission Clerk and All Other Parties**

  Pursuant to Local Rule 1.3 (d) of this court, please take notice of the new business address of the attorney of record for the plaintiff.

    LOCKSLEY O. WADE, ESQ.
    Law Office of Locksley O. Wade, LLC
    110 Wall Street
    11th Floor
    New York, NY 10005
    (212) 933-9180 - Telephone
    (212) 253-4142 - Fax
    lwade@lwade-law.com

Dated: March 27, 2008          Respectfully submitted,

                        _____
                        LOCKSLEY O. WADE, ESQ.
                        Law Office of Locksley O. Wade, LLC
                        *Attorney for Plaintiff*