FILED
4 2008

Law Office of
**Locksley O. Wade, LLC**

Telephone: (212) 933-9180
Facsimile: (212) 253-4142
E-mail: lwade@lwade-law.com
http://lwade-law.com

Locksley O. Wade, Esq.
110 Wall Street
11th Floor
New York, NY 10005

MEMO ENDORSED

April 4, 2008

Via Fax No. (212) 805-6717

Hon. Richard M. Berman
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007

Re: Pesnell v. Viacom International et al,
Case No. 07-CV-9523 (RMB)

Dear Judge Berman:

The plaintiff respectfully moves the Court to reschedule the Status Conference set for May 29, 2008, to either 5th or 12th June because of a calendar conflict. Opposing counsels' were consulted prior to the making of this application and the proposed dates have been cleared.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

Sincerely,

Locksley O. Wade, Esq.

c.c. Roy P. Salins
*Counsel for Viacom*
Fax No. (212) 909-3512

Donia Sawwan, Esq.
*Counsel for Spherion*
Fax No. (212) 692-0940

Solomon Jacskiel, Esq.
*Counsel for En Point Technologies*
Fax No. (212) 202-4009

Counsel should confer with Court Deputy re: a date after 6/13/08.

SO ORDERED
Date: 4/4/08
Richard M. Berman
Richard M. Berman, U.S.D.J.