UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>   Plaintiff,<br>-v-<br><br>VIACOM INTERNATIONAL, INC. and SPHERION, INC.<br><br>   Defendants,<br>-and-<br><br>VIACOM INTERNATIONAL, INC.,<br><br>   Third-party Plaintiff,<br>-v-<br>EN POINTE TECHNOLOGIES SALES, INC,<br><br>   Third-party Defendant. | ECF CASE<br><br>Case No: 07-CV-9523 (RMB)<br><br>NOTICE OF AMENDED STATUS CONFERENCE |

TO: All counsels of record:

PLEASE MAKE NOTE that the Status Conference with principals has been rescheduled for June 24, 2008, beginning at 9:00 a.m. before Judge Richard M. Berman in Courtroom 14A, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
April 15, 2008

Respectfully submitted,

*[signature]*

LOCKSLEY O. WADE, ESQ.
LAW OFFICE OF LOCKSLEY O. WADE, LLC
110 Wall Street, 11th Floor
New York, NY 10018
(212) 933-9180 - Telephone
(212) 253-4142 - Facsimile
lwade@lwade-law.com
*Attorney for Plaintiff*