UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>      Plaintiff,<br>-v-<br><br>VIACOM INTERNATIONAL, INC. and SPHERION, INC.<br><br>      Defendants.<br>   -and-<br><br>VIACOM INTERNATIONAL, INC.,<br><br>      Defendant/Third-party plaintiff,<br><br>-v-<br><br>EN POINTE TECHNOLOGIES SALES, INC,<br><br>      Third-party Defendant. | ECF CASE<br><br>Case No: 07-CV-9523 (RMB)<br><br>MOTION TO STRIKE THIRD-PARTY COMPLAINT |

      The plaintiff, pursuant to Rule 14 (a)(4), respectfully moves the Court to strike Defendant Viacom's Third-party complaint because binding precedent from the Supreme Court and this Circuit bars a Title VII defendant from asserting a claim for indemnification or contribution.

      A memorandum of law in support of this motion has been contemporaneously filed with the court.

Dated: New York, New York      Respectfully submitted,
May 12, 2008

1

By: /s/ Locksley O. Wade
LOCKSLEY O. WADE, ESQ.
LAW OFFICE OF LOCKSLEY O. WADE, LLC
110 Wall Street, 11th Floor
New York, NY 10005
(212) 933-9180 - Telephone
(212) 253-4142 – Facsimile
lwade@lwade-law.com
*Attorney for Plaintiff*

To:  Michele Ann Coyne, Esq.   Donia Sawwan, Esq.
     Roy P. Salins, Esq.   Dominick Bratti, Esq.
     Kauff McClain & McGuire LLP   Fox Rothschild LLP
     950 Third Avenue, 14th Floor   100 Park Avenue
     New York, NY 10022   New York, NY 10017
     *Attorneys for Viacom International, Inc.*   *Attorneys for Spherion, Inc.*

     Solomon J. Jaskiel, Esq.
     275 Madison Avenue, 11th Floor
     New York, NY 10016
     *Attorney for En Pointe Tech. Sales, Inc.*