UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>　　　Plaintiff,<br>-v-<br><br>VIACOM INTERNATIONAL, INC. and SPHERION, INC.<br><br>　　　Defendants.<br>-and-<br><br>VIACOM INTERNATIONAL, INC.,<br><br>　　　Defendant/Third-party plaintiff,<br>-v-<br><br>EN POINTE TECHNOLOGIES SALES, INC,<br><br>　　　Third-party Defendant. | ECF CASE<br><br>Case No: 07-CV-9523 (RMB)<br><br>MEMORDAUM OF LAW IN SUPPORT OF MOTION TO STRIKE THIRD-PARTY COMPLAINT |

*[Handwritten annotation: Motion denied [423] as not in accordance with Court Rules. SO ORDERED Date: 5/15/08 — Richard M. Berman, U.S.D.J.]*

　　The plaintiff, pursuant to Rule 14 (a)(4), respectfully moves the Court to strike Defendant Viacom's Third-party complaint because binding precedent from the Supreme Court and this Circuit bars a Title VII defendant from asserting a claim for indemnification or contribution. Under Fed. R. Civ. 14 (a) (4) "[a]ny party may move to strike the third-party claim, to sever it, or to try it separately."

1. **The Allegations in the Third-Party Complaint**

　　The revelant portions of Viacom's Third-Party Complaint against En Point are as

1