UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KENNETH PESNELL,                         :

        Plaintiff,                         :

    -against-                                  :      ORDER

VIACOM INT'L, INC., ET AL.,          :      07 Civ. 9523 (RMB)(KNF)

        Defendants.                     :

------------------------------------------------------------X

VIACOM INT'L, INC.,                     :

        Third-Party Plaintiff          :

    -against-                                  :

EN POINTE TECHNOLOGIES SALES, INC.,   :

        Third-Party Defendant.     :

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on May 23, 2008, at 4:00 p.m. The telephonic conference shall be initiated by counsel to the third-party plaintiff to (212) 805-6705.

Dated: New York, New York
       May 22, 2008

SO ORDERED:

*[signature]*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE