UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KENNETH PESNELL,                          :

        Plaintiff,                       :

        -against-                        :      ORDER

VIACOM INTERNATIONAL, INC., ET AL.,       :      07 Civ. 9523 (RMB)(KNF)

        Defendants.                      :
------------------------------------------------------------X

VIACOM INTERNATIONAL, INC.,               :

        Third-Party Plaintiff,           :

        -against-                        :

EN POINTE TECHNOLOGIES SALES, INC.,       :

        Third-Party Defendant.           :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on May 23, 2008.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    all discovery, of whatever nature, shall be initiated so as to be completed on or before June 30, 2008; and

2.    the parties shall confer and, thereafter, on or before May 30, 2008, advise the Court of any outstanding discovery dispute(s).

Dated: New York, New York      SO ORDERED:
       May 23, 2008

                                                              KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE