Bermon /S

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL, | ECF CASE |
| Plaintiff, | |
| -v- | Case No. 07-CV-9523 (RMB) |
| VIACOM INTERNATIONAL, INC. and SPHERION, INC. | ORDER OF DISMISSAL |
| Defendants. | |
| -and- | |
| VIACOM INTERNATIONAL, INC., | |
| Defendant/Third-party plaintiff, | |
| -v- | |
| EN POINTE TECHNOLOGIES SALES, INC, | |
| Third-party Defendant. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

Plaintiff, having serve notice of a voluntary dismissal pursuant Fed. R. Civ. P. 41, it is ordered that this action is dismissed. The clerk is directed to enter Judgment and close this case.

SO ORDERED

Dated: 6/16/08
New York, New York

RMB
_____
RICHARD M. BERMAN
UNITED STATES DISCTICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH PESNELL,<br><br>   Plaintiff,<br><br>-v-<br><br>VIACOM INTERNATIONAL, INC. and SPHERION, INC.<br><br>   Defendants.<br>-and-<br><br>VIACOM INTERNATIONAL, INC.,<br><br>   Defendant/Third-party plaintiff,<br><br>-v-<br><br>EN POINTE TECHNOLOGIES SALES, INC,<br><br>   Third-party Defendant. | ECF CASE<br><br>Case No. 07-CV-9523 (RMB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to Fed. R. Civ. P. 41, the plaintiff serves notice of his voluntary dismissal of this action.

Dated: New York, New York
June 12, 2008

Respectfully submitted,

By: /s/ Locksley O. Wade
LOCKSLEY O. WADE, ESQ.
LAW OFFICE OF LOCKSLEY O. WADE, LLC
110 Wall Street, 11th Floor
New York, NY 10005
(212) 933-9180 - Telephone
*Attorney for the plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KIM CARL,

                    Plaintiff,

      -against-

THOMAS GRIFFIN, et al.,

                    Defendants.
------------------------------------------------------------x

DATE FILED: 6/16/08

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

08 CIVIL 4981 (RMB) (MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All Such Motions: _____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       June 17, 2008



RICHARD M. BERMAN, U.S.D.J.