```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KENNETH PESNELL,

                Plaintiff,                    07 CIVIL 9523 (RMB)

      -against-                            **JUDGMENT**

VIACOM INTERNATIONAL, INC. and
SPHERION, INC.,
                Defendants.

      -and-

VIACOM INTERNATIONAL, INC.
                Defendant/Third-Party Plaintiff

      -against-

EN POINTE TECHNOLOGIES SALES, INC.,
                Third-Party Defendant.
------------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on June 16, 2008, having rendered its Order of Dismissal directing the Clerk of the Court to enter judgment dismissing the action and to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated June 16, 2008, the action is dismissed and the case is closed.

Dated:  New York, New York
          June 16, 2008

                                      **J. MICHAEL McMAHON**
                                          Clerk of Court
                        BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____